TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BESHAI (Cal. Bar No. 308030)
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone:     (714) 338-3541
Facsimile:     (714) 338-3708
E-Mail: andrew.beshai2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-79-JVS |
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | |
| RYAN RAY STAPLES, | Hearing Date: May 23, 2022 |
| | Hearing Time: 9:00 a.m. |
| Defendants. | Location:     Courtroom of the Hon. James V. Selna |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew Beshai, hereby files its sentencing position as to defendant Thomas Parra Garcia.

The government's position regarding sentencing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Report, the attached exhibits, and any other evidence or argument that the Court may wish to consider at the time of sentencing.

Dated: April 11, 2022					Respectfully submitted,

							TRACY L. WILKISON
							United States Attorney

							SCOTT M. GARRINGER
							Assistant United States Attorney
							Chief, Criminal Division


							      /s/
							_____
							Andrew Beshai
							Assistant United States Attorneys

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

On November 8, 2021, defendant Ryan Ray Staples ("defendant") plead guilty to a single-count indictment, charging defendant with bank robbery.  On April 11, 2022, the United States Probation Office ("USPO") filed its Presentence Report ("PSR") (Dkt. No. 39) and recommendation ("Recommendation Letter") (Dkt. No. 38).

In the PSR, the USPO found that defendant's total offense level is 23, starting with a base offense level of 20, adding two levels for robbing a financial institution, adding four levels for a multi-count adjustment, and deducting three levels for acceptance of responsbility.  PSR ¶ 100.  The USPO also found that defendant is in criminal history category I, yielding a Guidelines range of 46 to 57 months.  Id.  The USPO recommends: (1) a sentence of 46 months; (2) a 3-year period of supervised release; (3) restitution in the amount of $1,072; and (4) a special assessment of $100.  Recommendation Letter at 1-2.

The government agrees with the USPO's calculation of the offense level and criminal history category.  The government recommends: (1) a sentence of 46 months; (2) a 3-year period of supervised release; (3) restitution in the amount of $5,992; and (4) a special assessment of $100.  The government believes this sentence is sufficient, but not greater than necessary, to achieve the goals of sentencing set forth in 18 U.S.C. § 3553(a).

**II.   FACTUAL BACKGROUND**

On March 17, 2020, defendant entered the U.S. Bank branch at 1099 Lincoln Avenue, San Jose, California 95125 with a note demanding money.  The teller felt threatened and handed over $3,131.00.

On March 26, 2020, defendant entered the Bank of America branch at 3334 N. 16th Street in Phoenix, Arizona. Defendant walked up to a teller and slid a note that said, "STAY CALM, NO ALARMS EMPTY YOUR DRAWER AND PUT THE CASH ON THE COUNTER NO DYE PACKS NO ONE HAS TO GET HURT." Defendant waited for a short time before leaving the bank without obtaining any money.

On May 28, 2020, defendant entered the U.S. Bank branch at 4350 Pacific Coast Highway in Torrance, California. Defendant slid the teller a note that said, "This is a robbery. Give me your cash in your drawer, no dye, no tracers." The teller felt threatened and handed over $500.00.

On June 5, 2020, defendant entered the U.S. Bank branch at 1153 Fair Oaks Avenue in South Pasadena, California. Defendant slid the teller a note that said, "This is a robbery. Large bills only. Empty out your drawer. No dye pack." The teller felt threatened and handed over $1,289.00.

On June 9, 2020, defendant entered the Bank of America branch at 4500 Barranca Parkway in Irvine, California. Defendant slid the teller a note that said, "Give me $5,000." The teller felt threatened and handed over $1,072.00.

**III. THE GOVERNMENT'S SENTENCING RECOMMENDATION**

In the span of four months in the summer of 2020, defendant robbed four banks and attempted to rob a fifth bank. At each bank, defendant's conduct caused tellers to feel threatened and intimidated. Defendant walked away with almost $6,000 from the robberies. Defendant's crime directly implicates the need to protect the public, and his sentence should account for that. In mitigation, defendant experienced instability and abuse during his childhood.

Accordingly, the government respectfully submits that a low-end guidelines sentence of 46 months' imprisonment followed by three years of supervised release will appropriately reflect the seriousness of the offense and promote respect for the law, deter future criminal conduct from both the defendant and others without being greater punishment than necessary, and serve to protect the community.  Similarly situated defendants with the same criminal history would likely receive a sentence within the same range.

**IV.  CONCLUSION**

For the foregoing reasons, the government recommends that the Court sentence defendant to 46 months in custody, followed by a three-year period of supervised release, restitution in the amount of $5,992, and a mandatory special assessment of $100.